**Exhibit A**

**Int. Cl.: 34**

**Prior U.S. Cls.: 2, 8, 9 and 17**

**United States Patent and Trademark Office**

**Reg. No. 3,619,407**

Registered May 12, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# Blue Mist

STARBUZZ TOBACCO, INC. (CALIFORNIA COR-
PORATION)
UNIT #A
1889 W. COMMONWEALTH STREET
FULLERTON, CA 92833

FOR: PIPE TOBACCO, TOBACCO, SMOKING
TOBACCO, FLAVORED TOBACCO, MOLASSES TO-
BACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 12-1-2006; IN COMMERCE 12-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-619,104, FILED 11-20-2008.

REGINA DRUMMOND, EXAMINING ATTORNEY

# Exhibit B

# United States of America
## United States Patent and Trademark Office

# Citrus Mist

**Reg. No. 3,695,500**
Registered Oct. 13, 2009

**Int. Cl.: 34**

**TRADEMARK**
**PRINCIPAL REGISTER**

STARBUZZ TOBACCO, INC. (CALIFORNIA CORPORATION)
2116 W. LINCOLN AVENUE
ANAHEIM, CA 92801

FOR: PIPE TOBACCO; MOLASSES TOBACCO; TOBACCO; SMOKING TOBACCO; FLAVORED TOBACCO; HERBAL MOLASSES HERBS FOR SMOKING, TOBACCO AND TOBACCO SUBSTITUTES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 3-4-2008; IN COMMERCE 3-4-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,619,407.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CITRUS", APART FROM THE MARK AS SHOWN.

SER. NO. 77-699,076, FILED 3-25-2009.

DAVID YONTEF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# Exhibit C



# United States of America
## United States Patent and Trademark Office

# HAWAIIAN MIST

**Reg. No. 4,196,953**
**Registered Aug. 28, 2012**

STARBUZZ TOBACCO, INC. (CALIFORNIA CORPORATION)
2116 W. LINCOLN AVE.
ANAHEIM, CA 92801

**Int. Cl.: 34**

FOR: PIPE TOBACCO; MOLASSES TOBACCO; TOBACCO; SMOKING TOBACCO; FLAVORED TOBACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

**TRADEMARK**

FIRST USE 6-22-2011; IN COMMERCE 6-22-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HAWAIIAN", APART FROM THE MARK AS SHOWN.

SER. NO. 85-359,875, FILED 6-29-2011.

RONALD MCMORROW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# Exhibit D



# United States of America
## United States Patent and Trademark Office

# TROPICAL MIST

**Reg. No. 4,196,957**
**Registered Aug. 28, 2012**

STARBUZZ TOBACCO, INC. (CALIFORNIA CORPORATION)
2116 W. LINCOLN AVE.
ANAHEIM, CA 92801

**Int. Cl.: 34**

FOR: PIPE TOBACCO; MOLASSES TOBACCO; TOBACCO; SMOKING TOBACCO; FLAVORED TOBACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

**TRADEMARK**

FIRST USE 6-22-2011; IN COMMERCE 6-22-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-360,053, FILED 6-29-2011.

RONALD MCMORROW, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# Exhibit E

# United States of America

## United States Patent and Trademark Office

# PEACH MIST

**Reg. No. 4,287,968**

**Registered Feb. 12, 2013**

STARBUZZ TOBACCO, INC. (CALIFORNIA CORPORATION)
2116 W. LINCOLN AVENUE
ANAHEIM, CA 92801

**Int. Cl.: 34**

FOR: PIPE TOBACCO; MOLASSES TOBACCO; TOBACCO; SMOKING TOBACCO; FLAVORED TOBACCO, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

**TRADEMARK**

FIRST USE 1-27-2012; IN COMMERCE 1-27-2012.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,619,407, 3,671,258, AND 3,695,500.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PEACH", APART FROM THE MARK AS SHOWN.

SER. NO. 85-533,824, FILED 2-3-2012.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# Exhibit F

# United States of America

## United States Patent and Trademark Office

# BLUE MIST

**Reg. No. 4,555,623**

**Registered June 24, 2014**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

STARBUZZ TOBACCO, INC. (CALIFORNIA CORPORATION)
10871 FORBES AVE
GARDEN GROVE, CA 92843

FOR: ELECTRONIC CIGARETTE LIQUID (E-LIQUID) COMPRISED OF FLAVORINGS IN LIQUID FORM USED TO REFILL ELECTRONIC CIGARETTE CARTRIDGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 7-12-2013; IN COMMERCE 7-12-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,196,953, 4,196,957, AND 4,287,968.

SER. NO. 86-111,093, FILED 11-5-2013.

ALEXANDER L. POWERS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

**Exhibit G**

# United States of America

## United States Patent and Trademark Office

# CARIBBEAN MIST

**Reg. No. 4,556,004**

**Registered June 24, 2014**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

STARBUZZ TOBACCO, INC. (CALIFORNIA CORPORATION)
10871 FORBES AVE
GARDEN GROVE, CA 92843

FOR: CHEMICAL FLAVORINGS IN LIQUID FORM USED TO REFILL ELECTRONIC CIGAR-ETTE CARTRIDGES; ELECTRONIC CIGARETTE LIQUID (E-LIQUID) COMPRISED OF FLAVORINGS IN LIQUID FORM USED TO REFILL ELECTRONIC CIGARETTE CART-RIDGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 11-19-2013; IN COMMERCE 11-19-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,619,407, 4,287,968 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CARIBBEAN", APART FROM THE MARK AS SHOWN.

SER. NO. 86-124,718, FILED 11-20-2013.

ALEXANDER L. POWERS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

**Exhibit H**

ADVISORY: If you experience any trouble when clicking on the direct links to published records in Notices of Publication received via email and/or that appear in TSDR (Trademark Status and Document Retrieval), you can access the individual record by either 1) copying the link from the email or Notice of Publication in TSDR and pasting it into the url address of a supported browser (IE 10.0 or later and the latest versions of FireFox, Chrome or Safari); or 2) visiting the TMOG main page at https://tmog.uspto.gov/, selecting the Official Gazette issue date from the list of Issues in the upper left corner and then entering the 8 digit serial number in the box labeled "Search By" and clicking on the magnifying glass icon to execute the search.

**STATUS**      **DOCUMENTS**                          <u>Back to Search</u>          Print

**Generated on:**  This page was generated by TSDR on 2014-09-25 12:51:09 EDT

**Mark:**  BLUE MIST

# BLUE MIST

**US Serial Number:** 85812403      **Application Filing Date:** Dec. 28, 2012

**Register:** Principal

**Mark Type:** Trademark

**Status:** Suspension check completed. Application remains suspended.

**Status Date:** Apr. 15, 2014

## Mark Information

**Mark Literal Elements:**  BLUE MIST

**Standard Character Claim:**  Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**  4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:**  [3619407](#), [4091743](#)

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**  Electronic cigarettes

**International Class(es):** 034 - Primary Class      **U.S Class(es):** 002, 008, 009, 01[

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 22, 2012      **Use in Commerce:** Aug. 22, 2012

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Starbuzz Tobacco, Inc. |
| **Owner Address:** | 10871 Forbes Avenue<br>Garden Grove, CALIFORNIA 92843<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Martin Jerisat | | |
| **Attorney Primary Email Address:** | **Martin@starbuzztobacco.com** | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Martin Jerisat<br>Starbuzz Tobacco, Inc.<br>10871 Forbes Ave<br>10871 Forbes Ave<br>Garden Grove, CALIFORNIA 92843<br>UNITED STATES |
| **Phone:** | 7149954119 |
| **Correspondent e-mail:** | **Martin@starbuzztobacco.com**<br>**Jay@starbuzztobacco.com** |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 15, 2014 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Nov. 06, 2013 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Nov. 06, 2013 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |

| Oct. 15, 2013 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Oct. 15, 2013 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Oct. 15, 2013 | SUSPENSION LETTER WRITTEN | 82414 |
| Oct. 11, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 10, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 10, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 16, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 16, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 16, 2013 | NON-FINAL ACTION WRITTEN | 82414 |
| Apr. 10, 2013 | ASSIGNED TO EXAMINER | 82414 |
| Jan. 11, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 01, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | CHANG, KATHERINE S | **Law Office Assigned:** | LAW OFFICE 115 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 115 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Oct. 15, 2013 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

# Exhibit I

ADVISORY: If you experience any trouble when clicking on the direct links to published records in Notices of Publication received via email and/or that appear in TSDR (Trademark Status and Document Retrieval), you can access the individual record by either 1) copying the link from the email or Notice of Publication in TSDR and pasting it into the url address of a supported browser (IE 10.0 or later and the latest versions of FireFox, Chrome or Safari); or 2) visiting the TMOG main page at https://tmog.uspto.gov/, selecting the Official Gazette issue date from the list of Issues in the upper left corner and then entering the 8 digit serial number in the box labeled "Search By" and clicking on the magnifying glass icon to execute the search.

**STATUS**    **DOCUMENTS**                                **Back to Search**          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2014-09-25 12:52:11 EDT |
| **Mark:** | CITRUS MIST |

# CITRUS MIST

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86113671 | **Application Filing Date:** | Nov. 08, 2013 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further informat Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | May 06, 2014 | | |
| **Publication Date:** | Apr. 08, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CITRUS MIST |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "CITRUS" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3619407, 4091743, 4196953, 4196957, 4287968 |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**  Chemical flavorings in liquid form used to refill electronic cigarette cartridges; Electronic cigarette liquid

in liquid form used to refill electronic cigarette cartridges

| | | | |
|---|---|---|---|
| **International Class(es):** | 030 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 08, 2013 | **Use in Commerce:** | Nov. 08, 2013 |

## Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | A |
| **Filed ITU:** | No | **Currently ITU:** | No | A |
| **Filed 44D:** | No | **Currently 44D:** | No | A |
| **Filed 44E:** | No | **Currently 44E:** | No | A |
| **Filed 66A:** | No | **Currently 66A:** | No | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Starbuzz Tobacco, Inc. |
| **Owner Address:** | 10871 Forbes Ave |
| | Garden Grove, CALIFORNIA 92843 |
| | UNITED STATES |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MARTIN JERISAT |
| | JERISAT LAW FIRM |
| | 2372 MORSE AVE |
| | SUITE 322 |
| | IRVINE, CALIFORNIA 92614 |
| | UNITED STATES |
| **Phone:** | 7149954119 |
| **Correspondent e-mail:** | jay@starbuzztobacco.com |
| | martin@starbuzztobacco.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 06, 2014 | OPPOSITION INSTITUTED NO. 999999 | 216242 |

| May 06, 2014 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| Apr. 08, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 08, 2014 | PUBLISHED FOR OPPOSITION | |
| Mar. 19, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 01, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66121 |
| Feb. 27, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 27, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 27, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 27, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 27, 2014 | EXAMINERS AMENDMENT -WRITTEN | 73363 |
| Feb. 27, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 27, 2014 | ASSIGNED TO LIE | 66121 |
| Feb. 26, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 26, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 26, 2014 | EXAMINERS AMENDMENT -WRITTEN | 73363 |
| Feb. 22, 2014 | ASSIGNED TO EXAMINER | 73363 |
| Nov. 20, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 12, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | POWERS, ALEXANDER L | **Law Office Assigned:** | LAW OFFICE 101 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Mar. 01, 2014 |

## Assignment Abstract Of Title Information - Click to Load


## Proceedings - Click to Load

**Exhibit J**

ADVISORY: If you experience any trouble when clicking on the direct links to published records in Notices of
Publication received via email and/or that appear in TSDR (Trademark Status and Document Retrieval), you can
access the individual record by either 1) copying the link from the email or Notice of Publication in TSDR and pasting
it into the url address of a supported browser (IE 10.0 or later and the latest versions of FireFox, Chrome or Safari); or
2) visiting the TMOG main page at https://tmog.uspto.gov/, selecting the Official Gazette issue date from the list of
Issues in the upper left corner and then entering the 8 digit serial number in the box labeled "Search By" and clicking
on the magnifying glass icon to execute the search.

**STATUS**    **DOCUMENTS**                                   <u>Back to Search</u>            Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2014-09-25 12:53:09 EDT |
| **Mark:** | BLUE MIST |

# BLUE MIST

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86111645 | **Application Filing Date:** | Nov. 06, 2013 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | An Office action suspending further action on the application has been sent (issued) to the applicant. To click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Sep. 03, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | BLUE MIST |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3619407, 3695500, 4091743 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Cartridges sold filled with propylene glycol for electronic cigarettes; Cartridges sold filled with vegetable | | |
| **International Class(es):** | 001 - Primary Class | **U.S Class(es):** | 001, 005, 006, 010 |
| **Class Status:** | ACTIVE | | |

| | |
|---|---|
| **Basis:** | 1(a) |
| **First Use:** | Jul. 12, 2013 |

**Use in Commerce:** Jul. 12, 2013

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | A |
| **Filed ITU:** | No | **Currently ITU:** | No | A |
| **Filed 44D:** | No | **Currently 44D:** | No | A |
| **Filed 44E:** | No | **Currently 44E:** | No | A |
| **Filed 66A:** | No | **Currently 66A:** | No | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Starbuzz Tobacco, Inc. |
| **Owner Address:** | 10871 Forbes Ave<br>Garden Grove, CALIFORNIA 92843<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | STARBUZZ TOBACCO, INC.<br>STARBUZZ TOBACCO, INC.<br>10871 FORBES AVE<br>GARDEN GROVE, CALIFORNIA 92843-6507<br>UNITED STATES |
| **Phone:** | 7149954119 |
| **Correspondent e-mail:** | jay@starbuzztobacco.com<br>martin@starbuzztobacco.com |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 03, 2014 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Sep. 03, 2014 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Sep. 03, 2014 | SUSPENSION LETTER WRITTEN | 76507 |
| Sep. 03, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77312 |

| Sep. 03, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77312 |
| Aug. 27, 2014 | ASSIGNED TO LIE | 77312 |
| Aug. 25, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 25, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 25, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 25, 2014 | NON-FINAL ACTION WRITTEN | 76507 |
| Feb. 20, 2014 | ASSIGNED TO EXAMINER | 76507 |
| Nov. 18, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 09, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | |
|---|---|---|
| **TM Attorney:** NADELMAN, ANDREA KOYNE | | **Law Office Assigned:** LAW OFFICE 110 |

**File Location**

| | | |
|---|---|---|
| **Current Location:** TMO LAW OFFICE 110 - EXAMINING ATTORNEY ASSIGNED | | **Date in Location:** Sep. 03, 2014 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

**Exhibit K**



**Exhibit L**

ADVISORY: If you experience any trouble when clicking on the direct links to published records in Notices of Publication received via email and/or that appear in TSDR (Trademark Status and Document Retrieval), you can access the individual record by either 1) copying the link from the email or Notice of Publication in TSDR and pasting it into the url address of a supported browser (IE 10.0 or later and the latest versions of FireFox, Chrome or Safari); or 2) visiting the TMOG main page at https://tmog.uspto.gov/, selecting the Official Gazette issue date from the list of Issues in the upper left corner and then entering the 8 digit serial number in the box labeled "Search By" and clicking on the magnifying glass icon to execute the search.

**STATUS**     **DOCUMENTS**                              <u>Back to Search</u>          Print

**Generated on:** This page was generated by TSDR on 2014-09-25 14:35:45 EDT

**Mark:** COOL MIST

# COOL MIST

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86290125 | **Application Filing Date:** | May 23, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**Status:** An Office action suspending further action on the application has been sent (issued) to the applicant. To click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 15, 2014

## Mark Information

**Mark Literal Elements:** COOL MIST

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services;

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Electronic cigarette liquid (e-liquid) comprised of propylene glycol

| | | | |
|---|---|---|---|
| **International Class(es):** | 001 - Primary Class | **U.S Class(es):** | 001, 005, 006, 010 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 19, 2010 | **Use in Commerce:** | Apr. 19, 2010 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | | A |
| **Filed ITU:** | No | **Currently ITU:** | No | | A |
| **Filed 44D:** | No | **Currently 44D:** | No | | A |
| **Filed 44E:** | No | **Currently 44E:** | No | | A |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Trident Group, LLC |
| **Owner Address:** | 231 West Parkway |
| | Pompton Plains, NEW JERSEY 07444 |
| | UNITED STATES |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** NEW JERSEY

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Mark J. Ingber |
| **Attorney Primary Email Address:** | **ingber.law@verizon.net** |

**Attorney Email Authorized:** Yes

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MARK J. INGBER |
| | THE INGBER LAW FIRM |
| | 374 MILLURN AVE STE 301 |
| | MILLBURN, NEW JERSEY 07041 |
| | UNITED STATES |
| **Correspondent e-mail:** | **ingber.law@verizon.net** |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 15, 2014 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Sep. 15, 2014 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Sep. 15, 2014 | SUSPENSION LETTER WRITTEN | 72150 |
| Sep. 08, 2014 | ASSIGNED TO EXAMINER | 72150 |
| Jun. 05, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 27, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | JENKINS JR, CHARLES L | **Law Office Assigned:** | LAW OFFICE 118 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 118- EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Sep. 15, 2014 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# Exhibit M



# STARBUZZ TOBACCO, INC.

## LEGAL DEPARTMENT

10871 FORBES AVE. GARDEN GROVE, CA 92843
Tel: (714) 995-4119    Fax: (714) 995-4100
Martin@Starbuzztobacco.com

March 25, 2014

**Via Certified First Class Mail**
<u>Return Receipt Requested</u>

Business Manager
Halo Cigs
231 West Parkway Suite 1
Pompton Plains, NJ 07444

### RE: Infringement of Starbuzz Tobacco, Inc.'s Trademarks

Dear Sir or Madam :

    We represent Starbuzz Tobacco, Inc. ("Starbuzz") in connection with its ownership rights in its trademarks. Starbuzz provides a wide range of tobacco products and accessories, including pipe tobacco, smoking tobacco, molasses tobacco and flavored tobacco, electronic cigarettes, hookahs, hookah accessories, cigars and cigar accessories, and charcoal. Starbuzz also provides services in the form of retail and wholesale distributorship of tobacco, pipe tobacco, smoking tobacco, flavored tobacco, molasses tobacco, charcoal, hookahs and accessories.

    Our client is the owner of more than one hundred and sixty (160) federal trademark registrations and applications in International Class 034, including, without limitation, "BLUE MIST", "CITRUS MIST", "HAWAIIAN MIST", "PEACH MIST" and "TROPICAL MIST" (Reg. No. 3,619,407, 3,695,500, 4,196,953, 4,287,968 and 4,196,957 respectively) ( "Starbuzz Marks").

    We recently discovered that your company is selling, distributing and advertising for sale products bearing the names "COOL MIST" ("Infringing Marks"). The Infringing Marks are identical or substantially similar in sound, appearance, and overall commercial impression to the Starbuzz Marks. Therefore your use of the Infringing Marks is likely to cause confusion, mistake, or deception amongst consumers as to the source and/or sponsorship of the services and products you provide. Accordingly, your use of the Infringing Marks constitutes infringement of Starbuzz Marks, as well as unfair competition, in violation of the Lanham Act (15 U.S.C. § 1051, et. seq.) and the common law.

    Starbuzz intends to vigorously protect its valuable rights to the fullest extent possible. When necessary, Starbuzz has pursued formal action to protect its rights and obtained favorable resolutions. Starbuzz is confident that it will achieve a similar result in any action against your company and its corporate officers for trademark infringement.

**EXHIBIT A**

Halo Cigs                                                                                                        March 25, 2014
RE: Infringement of Starbuzz Tobacco, Inc.'s Trademarks

Therefore Starbuzz demands that you:

(i)     cease and desist all use of the Infringing Marks;

(ii)    destroy any labels, advertising, packaging, and any other materials that have been manufactured or printed bearing the Infringing Marks.

(iii)   remove all references to the Infringing Marks from all of your website(s) and advertising and promotional materials;

(iv)    cease and desist from all use of the Infringing Marks and agree not to use them or any other trademark, logo, or name which is confusingly similar thereto in the future;

(v)     inform all of your customers that you are not affiliated with Starbuzz, that you had no right to use the Infringing Marks, and that you will no longer be using the Infringing Marks in the future;

(vi)    destroy any and all products bearing the Infringing Marks;

(vii)   provide an accounting of:

> a. all of the revenue you have generated in connection with your use of the Infringing Marks;

> b. the entire inventory of any and all products bearing the Infringing Marks, labels, advertising, packaging and/or any other materials that have ever been manufactured by or for you bearing the Infringing Marks;

> c. the inventory of any and all products bearing the Infringing Marks, labels, advertising, packaging and/or other materials remaining in stock and being destroyed in accordance with this demand; and

> d. the inventory of any and all products bearing the Infringing Marks distributed by you prior to the receipt of this demand.

(viii)  pay Starbuzz's monetary damages and attorney's fees for your deliberate infringement of Starbuzz's rights;

It is Starbuzz's intention to resolve this matter expeditiously and amicably. Prompt acquiescence to Starbuzz's demands, however, is a necessary prerequisite to such resolution.

Please note that all of Starbuzz's rights, remedies, legal and factual positions, above and beyond those stated herein, are expressly reserved. If you have any questions, or concerns, please feel free to call me. We look forward to your immediate response and an amicable resolution on or before **April 7, 2014**.

Very truly Yours,

STARBUZZ LEGAL DEPARTMENT

*Martin E. Jerisat*

Martin E. Jerisat

Enclosures



**Civil Case Search**
Thu Apr 17 14:24:26 2014
19 records found

User: mi0727 P
Client: COOL MIST
Search: Civil Case Search Case Title STARBUZZ TOBACCO All Courts Page: 1

| | Case Title | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Starbuzz Tobacco Inc v. Fusion Tobacco Inc et al | cacdce | 5:2009-cv-01480 | 840 | 08/05/2009 | 04/09/2010 |
| 2 | Starbuzz Tobacco Inc v. Fusion Tobacco Inc et al<br>Starbuzz Tobacco Inc v. Lorillard Inc et al | cacdce | 8:2013-cv-00411 | 840 | 03/08/2013 | |
| 3 | Starbuzz Tobacco Inc v. Starzz Hookah Lounge<br>LLC et al | cacdce | 8:2010-cv-01023 | 840 | 07/07/2010 | 09/08/2010 |
| 4 | Starbuzz Tobacco Inc v. Starzz Hookah Lounge LLC et al<br>Starbuzz Tobacco Inc v. Taqseem Inc et al | cacdce | 8:2010-cv-01016 | 840 | 07/02/2010 | 04/26/2011 |
| 5 | Starbuzz Tobacco Inc v. Taqseem Inc et al<br>Starbuzz Tobacco Inc v. Thomas J Vilsack et al | cacdce | 8:2011-cv-00928 | 890 | 06/20/2011 | 08/02/2012 |
| 6 | Starbuzz Tobacco Inc v. Thomas J Vilsack et al<br>Starbuzz Tobacco, Inc. v. Ego Premium Liquids,<br>Inc., et al | cacdce | 8:2014-cv-00269 | 840 | 02/25/2014 | |
| 7 | Starbuzz Tobacco, Inc. v. Ego Premium Liquids, Inc., et al<br>Starbuzz Tobacco, Inc. v. Al-Amir, Inc., et al | miedce | 2:2010-cv-11171 | 840 | 03/23/2010 | 03/03/2011 |
| 8 | Starbuzz Tobacco, Inc. v. Al-Amir, Inc., et al<br>Starbuzz Tobacco, Inc. v. Fantasia Distribution Inc.<br>et al | cacdce | 8:2012-cv-01328 | 840 | 08/17/2012 | 04/08/2013 |
| 9 | Starbuzz Tobacco, Inc. v. Fantasia Distribution Inc. et al<br>Starbuzz Tobacco, Inc. v. Greenland Investments<br>and Financials, Inc. et al | cacdce | 8:2012-cv-00944 | 840 | 06/13/2012 | 07/19/2012 |
| 10 | Starbuzz Tobacco, Inc. v. Greenland Investments and Financials, Inc. et al<br>Starbuzz Tobacco, Inc. v. Hardbuzz Tobacco, LLC<br>et al | cacdce | 8:2013-cv-01844 | 840 | 11/25/2013 | |
| 11 | Starbuzz Tobacco, Inc. v. Hardbuzz Tobacco, LLC et al<br>Starbuzz Tobacco, Inc. v. Layalina Tobacco<br>Manufacturing F.Z.C. et al | cacdce | 8:2013-cv-00144 | 840 | 01/29/2013 | |
| 12 | Starbuzz Tobacco, Inc. v. Layalina Tobacco Manufacturing F.Z.C. et al<br>Starbuzz Tobacco, Inc. v. OOZY VAPORS D/B/A<br>OOZYVAPORS.COM et al | cacdce | 8:2014-cv-00590 | 840 | 04/16/2014 | |
| 13 | Starbuzz Tobacco, Inc. v. OOZY VAPORS D/B/A OOZYVAPORS.COM et al<br>Starbuzz Tobacco, Inc. v. PHD Marketing, Inc. et al | cacdce | 8:2014-cv-00487 | 840 | 03/31/2014 | |
| 14 | Starbuzz Tobacco, Inc. v. PHD Marketing, Inc. et al<br>Starbuzz Tobacco, Inc. v. PHD Marketing, Inc. et al | cacdce | 8:2014-cv-00586 | 840 | 04/14/2014 | |
| 15 | Starbuzz Tobacco, Inc. v. PHD Marketing, Inc. et al<br>Starbuzz Tobacco, Inc. v. Rami K. Abdallah et al | cacdce | 2:2010-cv-03833 | 840 | 05/20/2010 | 02/22/2012 |
| 16 | Starbuzz Tobacco, Inc. v. Rami K. Abdallah et al<br>Starbuzz Tobacco, Inc. v. Saeed | cacdce | 3:2013-cv-03837 | 840 | 08/19/2013 | |
| 17 | Starbuzz Tobacco, Inc. v. Saeed<br>Starbuzz Tobacco, Inc. v. Wisam Namou | cacdce | 3:2013-cv-01539 | 820 | 07/02/2013 | |
| 18 | Starbuzz Tobacco, Inc. v. Wisam Namou<br>STARBUZZ TOBACCO, INC.v. Vaporizeme, Inc., et<br>al | flsdce | 1:2014-cv-21326 | 840 | 04/14/2014 | |
| 19 | STARBUZZ TOBACCO, INC.v. Vaporizeme, Inc., et al<br>Starbuzz Tobacco, Incorporated v. Hammoud et al | miedce | 2:2008-cv-12211 | 840 | 05/20/2008 | 03/17/2009 |
| | Starbuzz Tobacco, Incorporated v. Hammoud et al | | | | | |

Receipt 04/17/2014 14:24:26 136493804

| | |
|---|---|
| User | mi0727 P |
| Client | COOL MIST |
| Description | Civil Case Search |
| | Case Title STARBUZZ TOBACCO All Courts Page: 1 |
| Pages | 1 ($0.10) |

**Exhibit N**

# Detail by Entity Name

**Florida Limited Liability Company**

NICOPURE LABS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L14000118275 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 07/28/2014 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 08/28/2014 |
| **Event Effective Date** | 09/01/2014 |

**Principal Address**

5909 NW 18TH DRIVE
GAINESVILLE, FL 32653

**Mailing Address**

5909 NW 18TH DRIVE
GAINESVILLE, FL 32653

**Registered Agent Name & Address**

BEER, JERALD S, ESQ
515 N. FLAGLER DRIVE, 20TH FL
WEST PALM BEACH, FL 33401

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

STAMLER, JEFFREY
5909 NW 18TH DRIVE
GAINESVILLE, FL 32653

**Annual Reports**

 **No Annual Reports Filed**

**Document Images**

Case 8:14-cv-01553-AG-DFM   Document 9-1   Filed 10/01/14   Page 39 of 48   Page ID #:131

08/28/2014 -- Merger

| View image in PDF format |

07/28/2014 -- Florida Limited Liability

| View image in PDF format |

Copyright © and  Privacy Policies

State of Florida, Department of State

08/28/2014 11:09          (FAX)                              P.001/004
Division of Corporations                              Page 1 of 2



# Florida Department of State
## Division of Corporations
### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H14000202787 3)))



H140002027873ABC+

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    : (850)617-6380

From:
        Account Name   : CIKLIN LUBITZ MARTENS & O'CONNELL
        Account Number : 076376001447
        Phone          : (561)832-5900
        Fax Number     : (561)833-4209
```

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: JBeec @ CiKlinLubitz.com

## MERGER OR SHARE EXCHANGE
### Nicopure Labs, LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 04 |
| Estimated Charge | ~~$83.75~~ |

105.00



8/29/14

Electronic Filing Menu     Corporate Filing Menu          Help

https://efile.sunbiz.org/scripts/efilcovr.exe                    8/28/2014

08/28/2014   11:09                                                    (FAX)                              P.002/004



H14000202787 3

FILED

2014 AUG 28  AM 10: 21

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**ARTICLES OF MERGER**

**FOR**

**NICOPURE LABS, LLC**

The following Articles of Merger are submitted to merge two New Jersey limited liability companies into Nicopure Labs, LLC, a Florida limited liability company, in accordance with Florida Chapter 605.1025, Florida Statutes, and Sections 42:2C-74 through 77 of the New Jersey Revised Uniform Limited Liability Company Act.  Nicopure Labs, LLC, a Florida limited liability company, shall be the surviving entity after the merger set forth herein.

The exact name of the merging parties are as follows:

1.    Trident Group Limited Liability Company, a New Jersey limited liability company, having a business identification number of 0400313032 (Merged Entity);

2.    Nicopure Labs Limited Liability Company, a New Jersey limited liability company, having a business identification number of 0400378118 (Merged Entity);

3.    Nicopure Labs, LLC, a Florida limited company), having a business identification number of L14000118275 (Surviving Entity).

1

H14000202787 3

H14000202787 3

4.    The merger has been approved by each of the constituent entities signatory hereto. The Surviving Entity has approved the merger in accordance with Chapter 605, Florida Statutes, and in particular, Florida Statute 605.1021 through and including Florida Statute 605.1026. Each of the Merged Entities has approved the merger in accordance with Section 42:2C-75(a) of the New Jersey Revised Uniform Limited Liability Company Act.  No member of the Merged Entities or the Surviving Entity will have interest holder liability under Florida Statute 605.1023(1)(b).  The Surviving Entity existed before the merger and remains a Florida entity with no amendments to its public or private records.

5.    No member is entitled to appraisal rights notwithstanding the foregoing, each and every member hereby irrevocably waives any claims to any and all appraisal rights which may exist.

6.    The registered office of the Surviving Entity is 515 N. Flagler Drive, 20th Floor, West Palm Beach, Florida 33401, Attn: Jerald S. Beer, Esq.  The Surviving Entity agrees that it may be served with process in New Jersey in any action, suit or proceeding for the enforcement of any debt, obligation or other liability of a Merged Entity, if before the effective date of the merger the Merged Entity was subject to suit in New Jersey on the debt, obligation or other liability. The Treasurer of the State of New Jersey is hereby appointed as agent to accept service of process in any such action, suit or proceeding, which shall be forwarded to the Surviving Entity at the registered office of the Surviving Entity set forth above in this paragraph.

7.    The Plan of Merger is on file at 5909 NW 18th Drive, Gainsville, Florida 32653, the place of business of the Surviving Entity.

8.    The Surviving Entity will furnish a copy of the Plan of Merger to any member or person having an interest in any constituent entity.

2

H14000202787 3

H14000202787 3

9.     The effective date of these Articles of Merger is September 1, 2014, or as soon thereafter as may be permitted under the laws of the state of Florida.

**IN WITNESS WHEREOF**, the undersigned have executed these Articles of Merger as of the 27th day of August, 2014.

NICOPURE LABS, LLC, a Florida limited
liability company

By:_____
     Jeffrey Stamler, Member-Manager and
     sole authorized person

TRIDENT GROUP LIMITED LIABILITY
COMPANY, a New Jersey limited liability
company

By:_____
     Jeffrey Stamler, General Manager and
     authorized person

NICOPURE LABS LIMITED LIABILITY
COMPANY, a New Jersey limited liability
company

By:_____
     Jeffrey Stamler, General Manager and
     authorized person

3

07/28/2014   1 :09                                                                P.001/005

Division of Corporation                                                     Page 1 of 2

**L14000118275**

## Florida Department of State
### Division of Corporations
### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

### (((H14000178461 3)))



H140001784613ABC%

**Note: DO NOT** hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    :  (850)617-6383

From:
        Account Name   : CIKLIN LUBITZ MARTENS & O'CONNELL
        Account Number : 076376001447
        Phone          : (561)832-5900
        Fax Number     : (561)833-4209
```

**FILED 2014 JUL 28 AM 8:05 SECRETARY OF STATE TALLAHASSEE, FLORIDA**

```
**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.**

    Email Address:_____
```

**RECEIVED 14 JUL 28 PM 3:36 SECRETARY OF STATE TALLAHASSEE, FLORIDA**

### FLORIDA LIMITED LIABILITY CO.
### NICOPURE LABS, LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 05 |
| Estimated Charge | $155.00 |

Electronic Filing Menu      Corporate Filing Menu               Help

N. Guilligan                7/28/2014
                            JUL 29 2014

07/28/2014   14:10                                      (FAX)  F I L E D        P.002/005

2014 JUL 28  AM 8: 05

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

H140001784613

# ARTICLES OF ORGANIZATION
## OF
## NICOPURE LABS, LLC

We, the undersigned natural persons competent to contract, hereby organize and form a limited liability company under and pursuant to Chapter 605, Florida Statutes, as follows:

## ARTICLE 1

### Name of Limited Liability Company

The name of this Limited Liability Company shall be Nicopure Labs, LLC.

## ARTICLE 2

### Period of Duration

The existence of the Company shall be perpetual from the date of filing these Articles with the Department of State unless terminated by vote of the members.

## ARTICLE 3

### Purpose

The Company is organized for the purpose of transacting any and all lawful business which limited liability companies may transact pursuant to Chapter 605, Florida Statutes.

## ARTICLE 4

### Place of Business and Registered Agent

The street address and mailing address of the initial business office of the Company is 5909 NW 18th Drive, Gainesville, FL 32653, and the name and address of the initial registered agent of the Company is JERALD S. BEER, ESQ., 515 N. Flagler Drive, 20th Floor, West Palm Beach, Florida 33401. The Company shall have the privilege of having offices at other places within or without the State of Florida and within or without the United States of America. The Company may, at its discretion, at any time, change the address of its place of business.

1

H14000178461 3

## ARTICLE 5

### Additional Members

Additional members may be admitted to the Company upon such terms and conditions as shall be established by a majority in interest of the then-existing members.

## ARTICLE 6

### Continuation of Business

The remaining members of the Company shall have the right to continue the business of the Company on the death, retirement, resignation, expulsion, bankruptcy or dissolution of any member or upon the occurrence of any other event which terminates the continued membership of a member in the Company.

## ARTICLE 7

### Management

Management and control of the Company is reserved to JEFFREY STAMLER, the sole Member-Manager and sole Authorized Member, who shall serve as the Member-Manager of this Company until such time as another member-manager, manager or authorized person is designated in accordance with the Operating Agreement of the Company. Jeffrey Stamler's address is 5909 N.W. 18th Drive, Gainesville, FL 32653.

## ARTICLE 8

### Indemnification of Members and Manager

Except in the case of gross negligence or willful or wanton behavior, the Company shall indemnify and save harmless every manager and member of the Company from all costs and expense incurred by him, her or it in connection with the defense of any action, suit or proceeding, whether civil or criminal, in which he, she or it is made a party as a result of having been a member of or manager of this Company.

H14000178461 3

2

H14000178461 3

## ARTICLE 9

### Substitution of Members

The interest of the initial members of the Company may be transferred or assigned to third parties who shall be successor members in their place and stead.

## ARTICLE 10

### Counterparts

These Articles may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, but all of which taken together shall constitute one and the same instrument and it shall not be necessary in making proof of this Agreement to produce or account for more than one counterpart. Multiple signature and notary pages for the members may be attached to a counterpart of these Articles.

The foregoing is made in accordance with the requirements of Section 605.0203, Florida Statutes.

In witness of the foregoing, I have hereunto set my hand and seal this 25 day of July, 2014.

Sworn and Subscribed
Before me this 25Th day
of July 2014

JEFFREY STAMLER, Authorized Member

JASON DEL GUIDICE, Member

DEBORAH ANN SIMONSON
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/8/2017

H140001 KENNETH STAMLER, JR., Member

3

H14000178461 3

## CERTIFICATE DESIGNATING PLACE OF BUSINESS OR DOMICILE FOR THE SERVICE OF PROCESS WITHIN THIS STATE, NAMING AGENT UPON WHOM PROCESS MAY BE SERVED

In pursuance of Chapter 605, Florida Statutes, the following is submitted, in compliance with said Act:

That Nicopure Labs, LLC, desiring to organize as a limited liability company under the laws of the State of Florida with its principal office, as indicated in the Articles of Organization, has named JERALD S. BEER, located at 515 N. Flagler Drive, 20th Floor, City of West Palm Beach, County of Palm Beach, State of Florida, as its agent to accept service of process within this state.

### ACKNOWLEDGMENT

Having been named to accept service of process for the above stated limited liability Company, at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, Florida Statutes.

JERALD S. BEER
Registered Agent

H14000178461 3