AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| STARBUZZ TOBACCO, INC., a California Corporation, | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  8:14-cv-01553-AG-DFM |
| TRIDENT GROUP, LLC, a New Jersey Limited Liability Company, NICOPURE LABS, LLC, a New Jersey Limited Liability Company, (see additional defendants in Attachment A) | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## AMENDED SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  1. TRIDENT GROUP, LLC, a New Jersey Limited Liability Company
231 West Parkway, Pompton Plains, NJ 07444
2. NICOPURE LABS, LLC, a New Jersey Limited Liability Company
231 West Parkway, Pompton Plains, NJ 07444
3. NICOPURE LABS, LLC, a Florida Limited Liability Company
515 N. Flagler Drive, 20th Floor, West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Natu J. Patel (SBN 188618)
THE PATEL LAW FIRM, P.C.
22952 Mill Creek Drive
Laguna Hills, CA 92653
Telephone: 949.955.1077
Facsimile: 949.955.1877

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   10/6/2014

_Lori Wagers_

_Signature of Clerk or Deputy Clerk_

## <u>ATTACHMENT A</u>

NICOPURE LABS, LLC, a Florida Limited Liability Company, and DOES 1-10, inclusive