UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 14-1553 AG (DFMx) | Date | January 20, 2015 |
|---|---|---|---|
| Title | STARBUZZ TOBACCO, INC. v. TRIDENT GROUP, LLC, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     **[IN CHAMBERS] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CONTINUING STATUS CONFERENCE**

On the Court's own motion, and for reasons of calendar management, the hearing on the Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 20) that is currently scheduled for January 26, 2015 is CONTINUED to March 2, 2015, at 10:00 a.m. and the scheduling conference (Dkt. No. 21) that is currently scheduled for February 2, 2015 is CONTINUED to March 2, 2015, at 9:00 a.m.

                                                                                        :     0

|  |
|---|
| Initials of Preparer | lmb |